IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALTERRA HEALTHCARE CORPORATION | ) | Case No. 03-10254 (MFW) |
| | ) | |
| Debtor. | ) | **Ref. Docket No. 2302** |
| | ) | |

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL AND
DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD
(NOTICE OF APPEAL FILED OCTOBER 24, 2006)**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Alterra Healthcare Corporation (the "Reorganized Debtor" or "Appellant"), presents the following statement of the issues on appeal with respect to the Notice of Appeal [Docket No. 2302] (the "Notice of Appeal") from the *Opinion* [Docket No. 2293] (the "Opinion") and *Amended Order* [Docket No. 2294] (the "Order") granting the motions of Philadelphia Newspapers, LLC ("Philadelphia Newspapers") to intervene in this proceeding (the "Motion to Intervene") and for Access to Judicial Records and Proceedings (the "Motion for Access," and together with the Motion to Intervene, the "Motions") [*see* Docket Nos. 2250 and 2251], in the Reorganized Debtor's above-captioned bankruptcy case.

**ISSUES ON APPEAL**

1. Whether the Bankruptcy Court erred in granting the Motion for Access by rejecting the Reorganized Debtor's contention that the docket entries previously sealed pursuant to the Seal Orders [Docket Nos. and 2070, 2116, and all exhibits to Docket No. 2183] (collectively, the "Sealed Records") constituted "confidential commercial information" as that term is defined in 11 U.S.C. § 107, despite the unrebutted testimony that disclosure of the information in the Sealed Records would reasonably be expected to commercially injure and unfairly disadvantage the Reorganized Debtor.

2.      Whether the Bankruptcy Court erred in granting the Motion to Intervene by failing to properly consider Philadelphia Newspapers' prejudicial delay in seeking intervention in the Reorganized Debtor's bankruptcy case as provided in <u>Pansy v. Borough of Stroudsburg</u>, 23 F.3d 772, 780 (3d Cir. 1994).

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the Reorganized Debtor designates the following items to be included in the record on appeal with respect to the Notice of Appeal:

| DATE | NUMBER | DOCKET TEXT |
| --- | --- | --- |
| 3/24/2005 | 2039 | Reorganized Debtor's Motion to File Under Seal the Application to Approve Nine Settlements By and Among the Reorganized Debtor and Various Claimants |
| 4/29/2005 | 2069 | Order Authorizing the Reorganized Debtor's to File Under Seal the Application to Approve Nine Settlements By and Among the Reorganized Debtor and Various Claimants |
| 7/7/2005 | 2108 | Motion to Allow Applications to Approve Certain Personal Injury Tort Settlements By and Among the Reorganized Debtor and Personal Injury Tort Claimants to Be Filed Under Seal |
| 7/27/2005 | 2115 | Order Approving the Reorganized Debtor's Motion to File Applications to Approve Certain Personal Injury Tort Settlements By and Among the Reorganized Debtor and Personal Injury Tort Claimants Under Seal. |
| 12/27/2005 | 2184 | Motion to File Under Seal Portions of Exhibit to Reserve Motion |
| 2/1/2006 | 2212 | Order Approving the Reorganized Debtor's Motion to File Exhibit to Reserve Motion Under Seal |
| 6/30/2006 | 2251 | Proposed Intervenor Philadelphia Newspapers, LLC's Motion for Access to Judicial Records and Proceedings |
| 7/26/2006 | 2259 | Objection to Proposed Intervenor Philadelphia Newspapers, LLC's Motion for Access to Judicial Records and Proceedings |
| 8/11/2006 | 2276 | Transcript Of Hearing Before The Honorable Mary F. Walrath |
| 8/2/2006 | 2268 | Reply Brief In Support of Intervenor Philadelphia Newspapers, LLC's Motion for Access to Judicial Records and Proceedings |
| 8/17/2006 | 2278 | Letter Brief Regarding Philadelphia Newspapers, LLC's Motion for Access to Judicial Records and Proceedings |

| DATE | NUMBER | DOCKET TEXT |
|---|---|---|
| 08/17/2006 | 2279 | Letter Brief in Response to Issues Raised at the August 7, 2006 Hearing |
| 10/16/2006 | 2293 | Opinion Granting Philadelphia Newspapers LLC's Motions to Intervene and for Access to Judicial Records and Proceedings |
| 10/16/2006 | 2295 | Amended Order |

Dated: Wilmington, Delaware  
November 6, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)  
John T. Dorsey (No. 2988)  
Sean T. Greecher (No. 4484)  
1000 West Street, 17th Floor  
The Brandywine Building  
Wilmington, Delaware 19899-0391  
(302) 571-6600

Counsel to the Reorganized Debtor