IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALTERRA HEALTHCARE CORPORATION | ) | Case No. 03-10254 (MFW) |
| | ) | |
| Debtor. | ) | Dkt. Ref. Nos. 2302 and 2308 |

**APPELLEE'S COUNTER-STATEMENT OF ISSUES ON APPEAL AND COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD (NOTICE OF APPEAL FILED OCTOBER 25, 2006)**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Philadelphia Newspapers, LLC ("PNI"), presents the following counter-statement of issues on appeal with respect to the Notice of Appeal (Dkt. 2302) and Appellant's Statement of Issues on Appeal and Designation of Items to be Included in the Record (Dkt. 2308).

## COUNTER-STATEMENT OF ISSUES ON APPEAL

1.  Whether the Bankruptcy Court properly granted PNI's Motion to Intervene, given that the Third Circuit's decision in <u>Pansy v. Borough of Stroudsburg</u>, 23 F.3d 772 (3d Cir. 1994), clearly states that the press and public have the right to intervene to assert a right of access to judicial records and proceedings.

2.  Whether the Bankruptcy Court properly granted PNI's Motion to unseal certain settlement agreements and related materials (the "Sealed Records"), because the Sealed Records do not constitute "confidential commercial information" under 11 U.S.C. § 107.

3.  Whether the Bankruptcy Court's Order unsealing the Sealed Records should be affirmed on the alternative grounds that the Sealed Records are subject to a common law right of access, and whether the Debtor failed to show sufficient cause for sealing the records

1486102/1

under the standards articulated by the Third Circuit in <u>Bank of America National Trust & Savings Assoc. v. Hotel Rittenhouse Assoc.</u>, 800 F.2d 339 (3d Cir. 1986).

4. Whether the Bankruptcy Court's Order unsealing the Sealed Records can be affirmed on the alternative grounds that the Sealed Records are subject to a First Amendment right of access, and whether the Debtor failed to show that sealing the Sealed Documents served a compelling interest, and that sealing the Sealed Documents was necessary to achieve that interest.

## COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Pursuant to Federal Rule of Bankruptcy Procedure 8006, PNI designates the following items, in addition to those identified by the Reorganized Debtor, to be included on the record on appeal with respect to the Notice of Appeal:

| DATE | NUMBER | DOCKET TEXT |
|---|---|---|
| 4/29/05 | 2070 | Application to Approve Nine Settlements By and Among the Reorganized Debtor and Various Claimants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 |
| 7/27/05 | 2116 | Application to Approve Settlement By and Among the Reorganized Debtor and A Personal Injury Tort Claimant Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 |
| 12/27/05 | 2183 | Motion for Order the Authorizing Reorganized Debtor to (I) Establish a Reserve for Certain Unresolved Claims for Distribution Purposes and (II) Make a First Distribution to Holders of Allowed Unsecured Claims Based Upon Reserve Amounts (and all related Exhibits). |
| 6/30/2006 | 2250 | Motion of Philadelphia Newspapers, LLC to Intervene for the Limited Purpose of Seeking Access to Judicial Records and Proceedings |
| 8/2/2006 | 2267 | Reply Brief in Support of Philadelphia Newspapers, LLC's Motion to Intervene for the Limited Purpose of Seeking Access to Judicial Records and Proceedings |

| Date | No. | Description |
|---|---|---|
| 8/14/2006 | 2276 | Transcript of Hearing Held on August 7, 2006 |
| 11/14/2006 | 2312 | Order Denying Emergency Motion of the Reorganized Debtor for Stay Pending Appeal |

Dated: November 16, 2006

MORRIS, JAMES, HITCHENS
& WILLIAMS LLP

_____
Carl N. Kunz, III (#3201)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

and

Michael E. Baughman
Dechert LLP
Cira Centre
2929 Arch St.
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

Attorneys for Philadelphia Newspapers LLC

1486102/1