IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 4

IN RE: Alterra Healthcare Corporation

| | | |
|---|---|---|
| Alterra Healthcare Corporation, | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   06-713 |
| v. | ) | |
| | ) | |
| Philadelphia Newspapers LLC, | ) | |
| | ) | |
| Appellees | ) | Bankruptcy Case No.  03-10254 MFW |
| | | AP 06-69 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/16/06 was docketed in the District Court on 11/29/06:

>Order granting the motions of Philadelphia Newspapers, LLC 's
>to intervene in the proceeding and for Access to Judicial
>Records and Proceedings  (Related document(s) 2251, 2258,
>2250, 2259, 2069, 2115, 2215, 2070, 2116, 2183, 2293)

>AMENDED Order (related document(s) 2293, 2294)
>Amending Docket Number of related documents to
>Docket No. 2212 instead of 2215.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

>Peter T. Dalleo
>Clerk of Court

Date: 11/29/06
To:    U.S. Bankruptcy Court
          Counsel