### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALTERRA HEALTHCARE CORPORATION, | ) Case No. 03-10254 (MFW) |
| | ) |
| Debtor. | ) **Re: Docket No. 2298** |

## ORDER

Upon consideration of the motion (the "Stay Motion")[1] of the Reorganized Debtor for an order pursuant to 28 U.S.C. § 158, Rule 62(a) of the Federal Rules of Civil Procedure, and Rule 8005 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), granting a stay pending appeal of this Court's *Opinion* [Docket No. 2293] (the "Opinion") and *Amended Order* [Docket No. 2295] (the "Unsealing Order") granting the motions of Philadelphia Newspapers, LLC ("Philadelphia Newspapers") to intervene in this proceeding (the "Motion to Intervene") and for Access to Judicial Records and Proceedings (the "Motion for Access," and together with the Motion to Intervene, the "Access Motions") [*see* Docket Nos. 2250 and 2251], in the Reorganized Debtor's above-captioned bankruptcy case; and the Court having considered the Stay Motion and all related pleadings and documents; and having found that the Court has jurisdiction over this matter pursuant to section 105 of Title 11 of the United States Code and Rule 3021 of the Federal Rules of Bankruptcy Procedure; and the Court having held a hearing on the Stay Motion; and that adequate notice has been given under the circumstances; and good and sufficient cause appearing therefor, it is hereby:

ORDERED that the Stay Motion is denied for the reasons stated on the record at the hearing on the Stay Motion; and it is further

---

[1] Capitalized terms used but not defined herein are as defined in the Motion.

1

ORDERED that enforcement of the Unsealing Order, and the unsealing of the Sealed Records, shall be and is stayed for ten (10) days from the date of this order, to allow the Reorganized Debtor an opportunity to seek a stay of the Unsealing Order from the appellate court. If no stay is entered within ten (10) days of the date of this order, the Unsealing Order shall be enforced and the Sealed Records shall be unsealed without further order of this Court.

Dated: Wilmington, Delaware
        Nov. 13, 2006

*[signature]*
The Honorable Mary F. Walrath
Chief United States Bankruptcy Judge