## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALTERRA HEALTHCARE CORPORATION, | ) | Case No. 06-713 (JJF) |
| | ) | |
| Debtor. | ) | |

## AGREEMENT AND REQUEST TO DISMISS
## APPEAL PURSUANT TO FED.R.BANKR.P. 8001(c)(2)

Pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), the undersigned parties hereby agree to dismiss the above-captioned appeal and respectfully request that the Court enter the proposed order, attached hereto as Exhibit A, dismissing this appeal. The parties further agree that each of the parties shall bear its own costs and attorneys' fees incurred in this appeal.

Dated: _December 6_____, 2006

MORRIS JAMES LLP

_____

Carl N. Kunz, III (#3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

-and -

DECHERT LLP
Michael E. Baughman
Cira Centre
2929 Arch St.
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

Attorneys for Philadelphia Newspapers LLC

Dated: _December 6_____, 2006

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____

Robert S. Brady (No. 2847)
John T. Dorsey (No. 2988)
Sean T. Greecher (No. 4484)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to Alterra Healthcare Corporation

058574.1001

# **EXHIBIT A**

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

In re:                                        )  Chapter 11
                                              )
ALTERRA HEALTHCARE CORPORATION,               )  Case No. 06-713
                                              )
            Debtor.                           )

### ORDER DISMISSING APPEAL

Having considered the Agreement and Request to Dismiss Appeal Pursuant to

Fed.R.Bankr. P. 8001(c)(2) filed in the above captioned matter, it is hereby:

ORDERED that this appeal is dismissed.

_____, 2006          _____
                                      United States District Judge