## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

In re:                                              ) Chapter 11
                                                    )
ALTERRA HEALTHCARE CORPORATION,    ) Case No. 06-713
                                                    )
          Debtor.                             )

### ORDER DISMISSING APPEAL

Having considered the Agreement and Request to Dismiss Appeal Pursuant to

Fed.R.Bankr. P. 8001(c)(2) filed in the above captioned matter, it is hereby:

ORDERED that this appeal is dismissed.


December 12 ___, 2006          _____
                                     United States District Judge

DB01:2248207.1                                    058574.1001