UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALTERRA HEALTHCARE CORPORATION, | ) | Case No. 06-713 (JJF) |
| | ) | |
| Debtor. | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

      Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Reorganized Alterra Healthcare Corporation, in the within captioned matter and that on December 14, 2006, she caused a copy of the following:

### Order Dismissing Appeal [Docket No. 7]

to be served upon the parties on the attached service list in the manner indicated.

_____
Michelle Smith

SWORN TO AND SUBSCRIBED before me this ___ day of January 2007.

_____
Notary Public
My Commission Expires

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

Carl N. Kunz, III, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
***Hand Delivery***

Michael E. Baughman, Esq.
David K. Inscho, Esq.
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
***First Class Mail***